IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| GRADY TAYLOR, JR., | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:25-CV-484 (MTT) |
| | * | |
| Investigator TREY BURGAMY, et al., Defendant | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 10/26/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of October, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk